Kirk E. Chapman
Stephanie Hatzakos
Milberg LLP
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212)594-5300
Facsimile: (212) 868-1229
kchapman@milberg.com
shatzakos@milberg.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| This Document Relates to:<br><br>*Bell Brown v. Pfizer Inc, et al.*<br>(Case No. 06-7575 CRB)<br><br>*Linda Hainlen v. Pfizer Inc, et al.*<br>(Case No. 06-7572 CRB)<br><br>*William Ippolito v. Pfizer Inc, et al.*<br>(Case No. 06-7580 CRB)<br><br>*Sherry Lively v. Pfizer Inc, et al.*<br>(Case No. 06-5875 CRB)<br><br>*Trini Logan v. Pfizer Inc, et al.*<br>(Case No. 06-7579 CRB)<br><br>*Eva Lou Phillips v. Pfizer Inc, et al.*<br>(Case No. 06-7577 CRB)<br><br>*Lou Ann Smith v. Pfizer Inc, et al.*<br>(Case No. 06-5415 CRB)<br><br>*Cashunda Vickers v. Pfizer Inc, et al.*<br>(Case No. 06-5879 CRB)<br><br>*George Walsh v. Pfizer Inc, et al.*<br>(Case No. 06-7576 CRB)<br><br>*Phyllis Weber v. Pfizer Inc, et al.*<br>(Case No. 05-4968 CRB) | **STIPULATION AND ORDER OF DISMISSAL OF ALL REMAINING PLAINTIFFS WITH PREJUDICE** |

Come now all remaining Plaintiffs in these actions, including **but not limited** to Robert Bell (Case No. 06-7575 CRB), Robert Hainlen (Case No. 06-7572 CRB), Robin Ippolito (Case No. 06-7580 CRB), Arthur Lively (Case No. 06-5875 CRB), Charles Logan (Case No. 06-7579 CRB), Stanley Phillips (Case No. 06-7577 CRB), Clarence Smith (Case No. 06-5415 CRB), Claude Vickers (Case No. 06-5879 CRB), Cathy O'Neill Walsh (Case No. 06-7576 CRB), and Freddy Weber (Case No. 05-4968 CRB), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 10/12, 2009    By: _____

MILBERG LLP
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212)594-5300
Facsimile: (212) 868-1229
*Attorneys for Plaintiffs*

DATED: Oct. 12, 2009    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/16/09

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42563923.1